```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION

BELL HELICOPTER TEXTRON, INC.,   §
ET AL.                           §
                                 §
VS.                              §   CIVIL ACTION NO. 4:12-CV-113-Y
                                 §
ELECTRONIC ARTS, INC.            §
```

ORDER GRANTING MOTION TO STAY

Before the Court is the Agreed Motion to Stay Case (doc. 21) filed by plaintiffs Bell Helicopter Textron, Inc. ("Bell"), and Textron Innovations, Inc. ("Textron"), and defendant Electronic Arts, Inc. ("EA"). In the motion, the parties explain that a prior-filed, parallel action is pending in the United States District Court for the Northern District of California, San Francisco division. The parties further explain that Bell and Textron filed a motion in that action seeking to dismiss or transfer that action to this Court. By the instant motion, the parties ask the Court to stay the instant case until the California district court has ruled on Bell and Textron's motion to dismiss or transfer.

After review, the Court GRANTS the motion. Accordingly, the above-styled and -numbered cause is STAYED pending the California district court's ruling on Bell and Textron's motion to dismiss or transfer. Bell and Textron shall notify the Court within **seven (7) days** of the California district court's ruling. Moreover, EA shall have until **fourteen (14) days** after the California district court's

ruling to file a reply concerning its motion to transfer (doc. 15) filed in this Court.

    SIGNED April 11, 2012.

                                                        /s/ Terry R. Means
                                                        TERRY R. MEANS
                                                        UNITED STATES DISTRICT JUDGE