**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON INC., and TEXTRON INNOVATIONS INC., | : : : | CASE NO. 4:12-CV-00113-Y |
| Plaintiffs, | : : | |
| vs. | : : | |
| ELECTRONIC ARTS INC., | : : | |
| Defendant. | : : | |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE TERRY R. MEANS, UNITED STATES DISTRICT JUDGE:

Plaintiffs, Bell Helicopter Textron Inc. and Textron Innovations Inc. (collectively, "Plaintiffs"), file their notice of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1. Plaintiffs are Bell Helicopter Textron Inc. and Textron Innovations Inc.

2. On February 24, 2012 Plaintiffs sued Defendant Electronic Arts Inc. ("EA").

3. EA has been served with process and, though EA filed a Motion to Transfer, EA has not served an answer or a motion for summary judgment.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

6. This dismissal is without prejudice.

DATED:  May 24, 2012					Respectfully submitted,

/s/   David W. Chant
Beale Dean (05685000)
bdean@browndean.com
Vince Cruz, Jr. (05196600)
vcruz@browndean.com
David W. Chant (24009951)
dchant@browndean.com
BROWN DEAN WISEMAN PROCTOR HART & HOWELL
306 West 7th Street, Suite 200
Fort Worth, Texas 76102
Telephone: 817-332-1391
Facsimile: 817-870-2427

**ATTORNEYS FOR PLAINTIFFS
BELL HELICOPTER TEXTRON INC.
AND TEXTRON INNOVATIONS INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2012, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court which will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                    /s/   David W. Chant_____
                    David W. Chant