IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BELL HELICOPTER TEXTRON, INC., ET AL. | § § § | |
| V. | § § | ACTION 4:12-CV-113-Y |
| ELECTRONIC ARTS, INC. | § § | |

### FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal (doc. 29), filed May 24, 2012, and to Federal Rules of Civil Procedure 58 and 41(a)(1)(A)(i), all claims in the above-styled and numbered cause are DISMISSED WITHOUT PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against the party incurring same.

SIGNED May 29, 2012.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE